**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg, Esq. (*pro hac vice* pending)
C. Lee Wilson, Esq. (*pro hac vice* pending)
Jason Z. Goldstein, Esq. (*pro hac vice* pending)
Nicholaus C. Mills, Esq. (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-6317
E-mail: SGreenberg@gibsondunn.com
         CLWilson@gibsondunn.com
         JGoldstein@gibsondunn.com
         NMills@gibsondunn.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
Robert M. Schechter, Esq.
Rachel A. Parisi, Esq.
Christopher P. Mazza, Esq.
5 Sylvan Way
P.O. Box 218
Parsippany, NJ 07054
Telephone: (973) 538-4006
E-mail: rmschechter@pbnlaw.com
         raparisi@pbnlaw.com
         cpmazza@pbnlaw.com

*Co-Counsel to Defendant Lenders*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STG LOGISTICS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No: 26-10258 (MEH)<br><br>(Jointly Administered) |
| AXOS FINANCIAL, INC. and SIEMENS FINANCIAL SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RECEPTION PURCHASER, LLC, *et. al.*,<br><br>Defendants. | Adv. Pro. No.: 26-01032 (MEH)<br><br><br><br>**Hearing Date: March 12, 2026 at 10:00 a.m.**<br>**Objection Deadline: March 5, 2026** |

## NOTICE OF DEFENDANT LENDERS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that on **March 12, 2026**, at **10:00 a.m.** or as soon thereafter

as counsel can be heard, the Defendant Lenders[2], by and through their undersigned counsel, shall

---

[1] The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/STGLogistics.  The location of the Debtors' service address in these chapter 11 cases is:  5165 Emerald Parkway, Dublin, Ohio 43017.

[2] As described in Plaintiffs' Complaint (Dkt. 1, hereinafter "Complaint"), excluding the Antares entities.  .

1

move before the Honorable Mark E. Hall, United States Bankruptcy Court for the District of New

Jersey, 50 Walnut Street, Newark, NJ 07102, Courtroom 3E, for entry of an order (the "Order")

dismissing Count XV of the Complaint and for such other and further relief as this Court may

deem just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Defendant

Lenders shall rely on the accompanying Memorandum of Law which sets forth the relevant factual

and legal bases upon which the relief requested should be granted.  A proposed Order granting the

relief requested in the Motion is also being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be

filed with the Clerk of the United States Bankruptcy Court so as to be received seven (7) days prior

to the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served,

the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief

requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument on

the return date of the Motion if objections are timely presented.

2

10171214

Dated: February 18, 2026                         Respectfully submitted,

                                        **PORZIO, BROMBERG & NEWMAN, P.C.**


                                 By:  */s/ Robert M. Schechter*
                                        Robert M. Schechter, Esq
                                        Rachel A. Parisi, Esq.
                                        Christopher P. Mazza, Esq.
                                        5 Sylvan Way
                                        P.O. Box 218
                                        Parsippany, NJ 07054
                                        Telephone: (973) 538-4006
                                        E-mail: rmschechter@pbnlaw.com
                                                raparisi@pbnlaw.com
                                                cpmazza@pbnlaw.com

                                        -and-

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Scott J. Greenberg, Esq. (*pro hac vice* pending)
                                        C. Lee Wilson, Esq. (*pro hac vice* pending)
                                        Jason Z. Goldstein, Esq. (*pro hac vice* pending)
                                        Nicholaus Mills, Esq. (*pro hac vice* pending)
                                        200 Park Avenue
                                        New York, NY 10166-0193
                                        Telephone: (212) 351-6317
                                        E-mail: SGreenberg@gibsondunn.com
                                                CLWilson@gibsondunn.com
                                                JGoldstein@gibsondunn.com
                                                NMills@gibsondunn.com

                                        *Co-Counsel to Defendant Lenders*

10171214