**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg, Esq. (*pro hac vice* pending)
C. Lee Wilson, Esq. (*pro hac vice* pending)
Jason Z. Goldstein, Esq. (*pro hac vice* pending)
Nicholaus C. Mills, Esq. (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-6317
E-mail: SGreenberg@gibsondunn.com
  CLWilson@gibsondunn.com
  JGoldstein@gibsondunn.com
  NMills@gibsondunn.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
Robert M. Schechter, Esq.
Rachel A. Parisi, Esq.
Christopher P. Mazza, Esq.
5 Sylvan Way
P.O. Box 218
Parsippany, NJ 07054
Telephone: (973) 538-4006
E-mail: rmschechter@pbnlaw.com
  raparisi@pbnlaw.com
  cpmazza@pbnlaw.com

*Co-Counsel to Defendant Lenders*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STG LOGISTICS, INC., *et al.*,<br><br>       Debtors.[1] | Chapter 11<br><br>Case No: 26-10258 (MEH)<br><br>(Jointly Administered) |
| AXOS FINANCIAL, INC. and SIEMENS FINANCIAL SERVICES, INC.,<br><br>      Plaintiffs,<br><br>     v.<br><br>RECEPTION PURCHASER, LLC, *et. al.*,<br><br>      Defendants. | Adv. Pro. No. 26-01032 (MEH) |

**ORDER GRANTING DEFENDANT LENDERS' PARTIAL MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

  The relief set forth on the following page, numbered two (2), is **ORDERED**.

---

[1] The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/STGLogistics. The location of the Debtors' service address in these chapter 11 cases is: 5165 Emerald Parkway, Dublin, Ohio 43017.

PAGE:               2
DEBTORS:            IN RE STG LOGISTICS, INC., *ET AL.*
CASE NO:            26-10258 (MEH)
ADV. PRO. NO.:      26-01032 (MEH)
CAPTION:            ORDER GRANTING DEFENDANT LENDERS' PARTIAL MOTION TO DISMISS
                    PLAINTIFFS' COMPLAINT

**THIS MATTER** having been presented to the Court on the motion (the "Motion") of Defendant Lenders (as defined in the Complaint) to Dismiss the Adversary Complaint (the "Complaint") of Axos Financial, Inc. and Siemens Financial Services, Inc. (the "Plaintiffs") and for related relief; and upon consideration of any and all responses to the Motion; and after an opportunity to hear oral argument in connection with the Motion; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.     All claims asserted in Count XV of the Complaint and related prayers for relief by the Plaintiffs are hereby **DISMISSED WITH PREJUDICE.**

2.     This Court retains jurisdiction with respect to all matter arising from or related to the implementation of this Order.

10168505