**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Yusuf Salloum (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
patrick.nash@kirkland.com
yusuf.salloum@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| STG LOGISTICS, INC., *et al* | Case No. 26-10258 (MEH) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/STGLogistics.  The location of the Debtors' service address in these chapter 11 cases is:  5165 Emerald Parkway, Dublin, Ohio 43017.

AXOS FINANCIAL, INC. and SIEMENS FINANCIAL
SERVICES, INC.,

                        Plaintiffs,

                        v.                                    Adv. Pro. No. 26-01032 (MEH)

RECEPTION PURCHASER, LLC, *et. al.*,

Defendants.

## MEDIATOR'S REPORT

Pursuant to the *Stipulation And Agreed Order (I) Appointing Hon. Robert D. Drain (Ret.) as Mediator to Mediate the Mediation Topics, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief*, dated March 25, 2026 [Adv. Docket No. 97] (the "Mediation Order"),[2] the Court appointed the Honorable Judge Robert Drain (Ret.), as mediator (the "Mediator") to facilitate confidential negotiations among the Mediation Parties regarding the Mediation Topics (the "Mediation").

The Mediator respectfully submits this final report pursuant to paragraph 19 of the Mediation Order, which states in pertinent part that:

> The Mediator may direct counsel for the Debtors to file, after review
> and sign off by the Mediator, the Local Form Mediator's Report
> under Local Rule 9019-2(p).

Mediation Order ¶ 19.  This report is submitted in accordance with Local Rule 9019-2(p).

The Mediation was undertaken and conducted in accordance with the Mediation Order. Prior to and during the Mediation, the Mediator reviewed position statements provided by the Mediation Parties, conducted numerous telephonic and virtual meetings, as well as an in-person

---

[2]   Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Mediation Order.

meeting on April 6, 2026, among all of the Mediation Parties, including principals and advisors thereof.  The names of the Mediation Parties, and their respective counsel, advisors and principals, who participated in the Mediation are set forth on **Exhibit A** annexed hereto.  There were no Additional Mediation Parties.  The Mediation was further extended to, and including, April 9, 2026, to seek resolution of the Mediation Topics.

The Mediation Parties reached an impasse with respect to settlement of (a) the dispute among the Plaintiffs and the Defendants arising from or related to the prepetition Transaction as set forth in the Prepetition Action and Adversary Proceeding, and (b) the October 2024 Refinancing and the prepetition litigation related thereto.  However, the Committee, the Debtors, and the Ad Hoc Group successfully reached a global settlement in principle of all Committee issues in the chapter 11 cases, including treatment of general unsecured claims against the Debtors.

The Mediator has confirmed to counsel for the Debtors that he has reviewed and approved this report.

Dated:  April 10, 2026

/s/ *Robert Drain*
Hon. Robert Drain (Ret.), Mediator

## **Exhibit A**

### **Mediation Parties**

| Party | Lead Advisors | Principals |
|---|---|---|
| **Debtors** | • Kirkland & Ellis LLP, as counsel to the Debtors<br>• PJT Partners LP, as investment banker to the Debtors<br>• AlixPartners, LLP, as financial advisor to the Debtors | • Geoff Anderman |
| **Special Committee of the Debtors** | • White & Case LLP, as counsel to the special committee of the Debtors | • David Barse |
| **Ad Hoc Group** | • Gibson, Dunn & Crutcher LLP, as counsel to the Ad Hoc Group<br>• Evercore Group L.L.C., as investment banker to the Ad Hoc Group | • Wariz Anifowoshe (Fortress)<br>• Paul Triggiani (Invesco) |
| **Antares** | • Davis Polk & Wardwell LLP, as counsel to Antares | • Paul Vaglica (Antares) |
| **Plaintiff Lenders** | • Selendy Gay PLLC, as co-counsel to the Plaintiff Lenders<br>• Riker Danzig LLP, as co-counsel to the Plaintiff Lenders<br>• B Riley Financial, as investment banker to the Plaintiff Lenders | • Gregory Garrabrants (Axos)<br>• Tom D'Amaro (Siemens)<br>• Stephanie Mitchell (Siemens)<br>• Ron Buck (Siemens) |
| **Committee** | • McDermott Will & Schulte LLP, as co-counsel to the Committee<br>• Kelley Drye & Warren LLP, as co-counsel to the Committee<br>• Province LLC, as financial advisor to the Committee | |